**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6207**

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

     v.

COVEY ANDREWS,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:09-cr-00368-REP-1)

Submitted: June 13, 2013         Decided: June 17, 2013

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Covey Ronnell Andrews, Appellant Pro Se. Stephen Wiley Miller, Assistant United States Attorney, Kevin Christopher Nunnally, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Covey Andrews appeals from the district court's order denying his motion to amend judgment, which asked the district court to modify a criminal judgment imposed three years ago. The district court properly recognized that it lacked jurisdiction to grant the requested relief. See United States v. Goodwyn, 596 F.3d 233, 235 (4th Cir. 2010). Accordingly, although we grant Andrews leave to proceed in forma pauperis, we affirm the challenged order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED